COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-116-CV

KEVIN LEE MCCARROLL
 
APPELLANT

V.

THOMAS CALLAHAN, WOODY GOSSOM, APPELLEES

PAT NORRISS, GORDON GRIFFITH, 

BILL PRESSON, AND JOE MILLER
 

----------

FROM THE 30
TH
 DISTRICT COURT OF  WICHITA COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant’s letter received January 11, 2008, which we treat as a motion to dismiss the appeal.  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).

PER CURIAM

PANEL D:  WALKER, J.; CAYCE, C.J.; and MCCOY, J.  

DELIVERED:  February 7, 2008  

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.